```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 05 B 28070
   WILLIE G CARTER
   ZETTIE F CARTER                                CHAPTER 13

                                                  JUDGE: MANUEL BARBOSA

          Debtor
   SSN XXX-XX-0428      SSN XXX-XX-7458


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/14/05 and confirmed on 09/15/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  43975.29 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                           PAID            PAID
------------------------------------------------------------------------
ROUNDUP FUNDING LLC        SECURED          11775.00         760.46         11775.00
ROUNDUP FUNDING LLC        SECURED           4500.00         290.64          4500.00
GE MONEY BANK              SECURED           1500.00          84.40          1500.00
COUNTY OF LOS ANGELES      PRIORITY          2088.57            .00          2088.57
INTERNAL REVENUE SERVICE   PRIORITY           303.53            .00           303.53
ABIGAIL MORALES            SPECIAL CLASS  NOT FILED            .00              .00
ADVANCE AMERICA            UNSECURED      NOT FILED            .00              .00
ADVANCE AMERICA            UNSECURED      NOT FILED            .00              .00
ADVANCED ALLERGIST         UNSECURED      NOT FILED            .00              .00
ALL AMERICAN CASH ADVANC   UNSECURED          812.97            .00           812.97
ALL AMERICAN CASH ADVANC   UNSECURED          896.42            .00           896.42
ASPIRE VISA                UNSECURED          577.43            .00           577.43
CB USA INC                 UNSECURED          800.00            .00           800.00
CAPITAL ONE BANK           UNSECURED          375.99            .00           375.99
CAPITAL ONE BANK           UNSECURED          512.72            .00           512.72
COLUMBUS BANK & TRUST CA   UNSECURED      NOT FILED            .00              .00
CERTIFIED SERVICES INC     UNSECURED          167.99            .00           167.99
CHECK INTO CASH            UNSECURED      NOT FILED            .00              .00
CHECK INTO CASH            UNSECURED      NOT FILED            .00              .00
CHECK N CO OF ILLINOIS I   UNSECURED          597.60            .00           597.60
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                           PAID            PAID
------------------------------------------------------------------------
SHORT TERM LOAN            FILED LATE           .00            .00              .00
CORPORATE AMERICA CREDIT   UNSECURED          1398.45           .00          1398.45
CORPORATE AMERICA CREDIT   UNSECURED          1458.19           .00          1458.19
EZ LOAN                    UNSECURED      NOT FILED            .00              .00
FAST CASH IN A FLASH       UNSECURED      NOT FILED            .00              .00
PREMIER BANKCARD/CHARTER   UNSECURED          281.76            .00           281.76
HARVARD COLLECTION SERVI   UNSECURED      NOT FILED            .00              .00
```

```
ECAST SETTLEMENT CORPORA  UNSECURED        1503.31           .00        1503.31
ECAST SETTLEMENT CORPORA  UNSECURED         708.56           .00         708.56
ILLINOIS TITLE LOANS      UNSECURED      NOT FILED           .00            .00
ILLINOIS TITLE LOANS      UNSECURED      NOT FILED           .00            .00
K MART RECOVERY SERVICE   UNSECURED      NOT FILED           .00            .00
MCS                       UNSECURED      NOT FILED           .00            .00
MIDWEST HEART SPECIALIST  UNSECURED          30.00           .00          30.00
NORTHWEST COLLECTION      UNSECURED      NOT FILED           .00            .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED           .00            .00
RADIOLOGICAL CONSULT OF   UNSECURED      NOT FILED           .00            .00
SPRINT                    UNSECURED      NOT FILED           .00            .00
ST ALEXIUS MEDICAL CENTE  UNSECURED         754.80           .00         754.80
THE CASH STORE            UNSECURED      NOT FILED           .00            .00
COLLECTION CONNECTION     UNSECURED      NOT FILED           .00            .00
T MOBILE                  UNSECURED         469.91           .00         469.91
SHORT TERM LOAN           FILED LATE          .00            .00            .00
FAST CASH IN A FLASH      UNSECURED      NOT FILED           .00            .00
SHORT TERM LOAN LLC       UNSECURED      NOT FILED           .00            .00
SIMM ASSOCIATES INC       UNSECURED      NOT FILED           .00            .00
ROUNDUP FUNDING LLC       UNSECURED        2608.80           .00        2608.80
ROUNDUP FUNDING LLC       UNSECURED        2543.44           .00        2543.44
INTERNAL REVENUE SERVICE  UNSECURED          83.04           .00          83.04
ILLINOIS DEPT REVENUE     FILED LATE          .00            .00            .00
     Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY     UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  17775.00      2392.10     16581.38          .00     36748.48
PRINCIPAL PAID      17775.00      2392.10     16581.38          .00     36748.48
INTEREST PAID        1135.50          .00          .00          .00      1135.50
TOTAL PAID          18910.50      2392.10     16581.38          .00     37883.98
```

The Debtor's attorney, PETER FRANCIS GERACI      , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   1713.38 .

Refunds to the Debtor totaled $   1677.93 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                        PAGE  3
CASE NO. 05 B 28070 WILLIE G CARTER & ZETTIE F CARTER
```